**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert R. KRILICH, Sr., Defendant–
Appellant.**

**No. 02–1445.**

United States Court of Appeals,
Seventh Circuit.

Jan. 27, 2003.

Before EASTERBROOK, RIPPLE, and EVANS, Circuit Judges.

Order

Defendant-appellant filed a petition for rehearing and rehearing en banc on January 14, 2003. No judge in regular active service has requested a vote on the petition for rehearing en banc,* and all of the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.

* Judge Flaum did not participate in the consideration of the matter.